# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Pat L. Piper, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 15-4098-CV-C-JTM |
| Carolyn W. Colvin, | ) |
|         Defendant. | ) |

## ORDER OF DISMISSAL

Pending before the Court is plaintiff's *Motion For Leave to Voluntarily Dismiss complaint Without Prejudice*, filed November 12, 2015 [Doc. 14]. After due consideration of the issues presented, it is

**ORDERED** that the plaintiff's *Motion For Leave to Voluntarily Dismiss complaint Without Prejudice*, filed November 12, 2015 [Doc. 14] is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

                                                    */s/ John T. Maughmer*
                                                    **John T. Maughmer**
                                         **United States Magistrate Judge**